IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY WAYNE STOKES, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:19cv634-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Also before the court is petitioner's response to the recommendation, in which he includes an application to the appeals court for leave to file a second or successive petition which he appears to have filed with the appeals court on September 16, 2019. The court construes the response as an objection to the

recommendation. After an independent and de novo review of the record, the court concludes that the objection should be overruled and the magistrate judge's recommendation adopted. (However, if the appeals court grants petitioner's application, he may file a new § 2255 petition with this court.)

An appropriate judgment will be entered.

DONE, this the 4th day of October, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**