IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRADLEY WAYNE STOKES,         )
                              )
     Petitioner,              )
                              )    CIVIL ACTION NO.
     v.                       )      3:19cv634-MHT
                              )          (WO)
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objection (doc. no. 3) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 2) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of October, 2019.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE